UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

FRANCISCA NUNEZ,

                Plaintiff,         Case No. 1:17-cv-05918

        -against-           **STIPULATION OF DISMISSAL**

VITAL RECOVERY SERVICES, LLC,    **WITH PREJUDICE**

                Defendants

-------------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Francisca Nunez and Defendant Vital Recovery Services, LLC hereby stipulate and agree that Plaintiff's cause against it is voluntarily dismissed in its entirety and with prejudice, with each party to bear its own costs and attorney's fees. No party hereto is an infant or incompetent. There are no counterclaims.

Dated:  March 16, 2018

| | |
|---|---|
| /s/Edward B. Geller, Esq. | /s/Mitchell Williamson, Esq. |
| Edward B. Geller, Esq., P.C. | Barron & Newburger, PC |
| 15 Landing Way | 30 South Main Street |
| Bronx, New York 10464 | New City, NY  10954 |
| Tel:(914)473-6783 | Tel:(732)310-9073 |
| Attorney for Plaintiff | Attorney for Defendant |